William J. Wall – State Bar No. 203970
wwall@wall-law.com
THE WALL LAW OFFICE
A PROFESSIONAL CORPORATION
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

*Attorney for Plaintiff,*
Susana Lopez



Filed
OCT - 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR
E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT REPORTING, INC.,<br><br>   Defendant. | Civil Action No. CV12-05166 HRL<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

### PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.*, as amended.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.
3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Susana Lopez is an adult individual who resides at 204 Flores Way, Shafter, CA 93263.

5. Defendant National Credit Reporting, Inc. is a corporation which regularly conducts business in the Northern District of California, and with a primary place of business at 6830 Via Del Oro, Ste. 105, San Jose, CA 95119.

## FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff, Plaintiff's credit history, and Plaintiff's history as a tenant to third parties ("inaccurate information") from at least November 2011 through present. The inaccurate information includes numerous evictions as well as personal identifying information.

7. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's financial responsibility as a debtor, Plaintiff's financial responsibility as a tenant and Plaintiff's creditworthiness. The inaccurate information consists of evictions that do not belong to the Plaintiff and that actually belong to another unrelated consumer. Due to Defendant's faulty procedures, Defendant mixed the consumer file of Plaintiff and that of another consumer with respect to the inaccurate information and other personal identifying information.

8. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate consumer information and consumer reports that it has disseminated to various persons and potential landlords known and unknown. Defendant has repeatedly published and disseminated consumer reports to such third parties from at least November 2011 through the present.

9. Plaintiff's consumer report and file has been obtained from Defendant and has been reviewed by prospective landlords and the inaccurate information has been a substantial factor in precluding Plaintiff from obtaining a rental property. Plaintiff's consumer reports have been obtained from Defendant by such third parties from at least November 2011 through the present.

10. Plaintiff further attempted to obtain a copy of her consumer file from Defendant. However, following its standard practices and procedures, Defendant advised Plaintiff that it would not provide her with said information.

11. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of a loss of a rental property, defamation and emotional distress, including anxiety, frustration, embarrassment and humiliation.

12. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

13. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal law and the rights of the Plaintiff herein.

## FIRST CLAIM FOR RELIEF

## VIOLATIONS OF THE FCRA

### (AGAINST DEFENDANT NATIONAL CREDIT REPORTING INC.)

14. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

15. At all times pertinent hereto, Defendant was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

16. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

17. At all times pertinent hereto, the above-mentioned reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

18. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b) and 15 U.S.C. § 1681g(a)(1).

**JURY TRIAL DEMANDED**

19. Plaintiff demands trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Statutory damages;

(b) Actual damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees; and

(e) Other and further relief as may be just and proper.

Respectfully submitted,

THE WALL LAW OFFICE
A PROFESSIONAL CORPORATION

Dated: October 4, 2012

_____

WILLIAM J. WALL

*Attorney for Plaintiff,*
Susana Lopez