William J. Wall – State Bar No. 203970
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196
wwall@wall-law.com

***Attorneys for Plaintiff***
***Susana Lopez***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSANA LOPEZ**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL CREDIT REPORTING, INC.**<br><br>**Defendant.** | **Civil Action No.  5:12-cv-5166-HRL**<br><br>**FIRST AMENDED COMPLAINT** |

### PRELIMINARY STATEMENT

1.      This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.*, *as amended.*

### JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3.      Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

### PARTIES

4.      Plaintiff Susana Lopez is an adult individual who resides at 204 Flores Way, Shafter, CA 93263.

5.     Defendant National Credit Reporting, Inc. is a corporation which regularly conducts business in the Northern District of California, and which has a primary place of business at 6830 Via Del Oro, Ste. 105, San Jose, CA 95119.

## FACTUAL ALLEGATIONS

6.     On or about November 4, 2011, Plaintiff applied for a rental property at Tulare Arms in Shafter California.

7.     Tulare Arms requested, and Defendant provided for a fee, a consumer report to be used in consideration with Plaintiff's application for a rental property. The report is attached hereto as Exhibit A.

8.     A consumer report is defined as "any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for—

(A) credit or insurance to be used primarily for personal, family, or household purposes;

(B) employment purposes; or

(C) any other purpose authorized under section 1681b of this title,"  which includes any legitimate business need. 15 U.S.C. § 1681a(d)(1).

9.     A consumer reporting agency is defined as "any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports."  15 U.S.C. § 1681a(f).

10.   Further, a "nationwide specialty consumer reporting agency" is any "consumer reporting agency" that compiles and maintains files on consumers relating to, among other things, "residential or tenant history."   15 U.S.C. § 1681a(w).

11.   Defendant is a consumer reporting agency since it regularly and for a fee assembles and evaluates consumer information and provides consumer reports.

12.   "Congress clearly intended the protections of the FCRA to apply to all information furnished or that might be furnished in a consumer report." *Cortez v. Trans Union, LLC*, 617 F.3d 688, 711 (3d Cir. 2010), (*citing Gillespie v. Trans Union Corp.*, 482 F.3d 907, 909 (7th Cir. 2007)).

13.   Thus, all information contained in consumer reports are subject to the requirements and rigors of the FCRA, including section 1681e(b) requiring that "whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information ***concerning the individual about whom the report relates.***" (emphasis added).

14.   Items of information in consumer reports must relate only to the consumer who is the subject of the report, and not any other person.  *Cortez*, 617 F.3d at 709-11.

15.   Defendant acting in its capacity as a consumer reporting agency, sold a consumer report about Plaintiff in or around November 2011, to Tulare Arms in connection with Plaintiff's rental application.

16.   Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff, Plaintiff's credit history, and Plaintiff's history as a tenant to third parties ("inaccurate information") from at least November 2011 through present.

17.   Specifically, the inaccurate information includes four evictions that do not belong to the Plaintiff.  These evictions were filed in Chula Vista, California in

2010, Santa Ana and Fullerton, California in 2009, and North Mesa, Arizona in 2009.  Plaintiff was not a party to any of these eviction actions, nor is she in any way responsible for these debts.

18.     The inaccurate information also included numerous pieces of personal information in the consumer report it sold about Plaintiff that did not belong to her, including the name "Susanna Jesus Lopez" and four addresses which correspond to the erroneously reported evictions.

19.     The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's financial responsibility as a debtor, Plaintiff's financial responsibility as a tenant and Plaintiff's creditworthiness.  The inaccurate information consists of evictions that do not belong to the Plaintiff and that actually belong to another unrelated consumer.

20.     Due to Defendant's faulty procedures, Defendant mixed the consumer file of Plaintiff and that of another consumer with a similar name with respect to the inaccurate information and other personal identifying information.

21.     Defendant did not follow any procedure which would have assured that, at the time it prepared the report about Plaintiff, the evictions actually related to Plaintiff.

22.     Instead, Defendant knowingly left evictions on Plaintiff's report and sought to pass its responsibilities relating to accuracy on to its client Tulare Arms by improperly disclaiming its accuracy assuring responsibilities and asking its clients to determine the actual accuracy of Defendant's reporting.

23.     Private arrangements and agreements between consumer reporting agencies and their clients, however, do not reduce or eliminate a consumer reporting agencies' duties or liability under the FCRA.  *Cortez*, 617 F.3d at 708.

24.    In or around December 2011, Plaintiff was told by the representatives or agents of Tulare Arms that she was denied the apartment rental because they do not allow consumers with prior evictions to reside in their rental units.

25.    A history of evictions is poor and derogatory credit.

26.    Defendant has been reporting the inaccurate information through the issuance of false and inaccurate consumer information and consumer reports that it has disseminated to various persons and potential landlords known and unknown. Defendant has published and disseminated consumer reports to such third parties from at least November 2011 through the present.

27.    Plaintiff's consumer report and file has been obtained from Defendant and has been reviewed by one or more prospective landlords and the inaccurate information has been a substantial factor in precluding Plaintiff from obtaining a rental property. Plaintiff's consumer reports have been obtained from Defendant by such third parties from at least November 2011 through the present.

28.    In or around February 2012, Plaintiff further attempted to obtain a copy of her consumer file from Defendant by requesting it telephonically and providing her proper personal identifying information verbally.    However, following its standard practices and procedures, Defendant advised Plaintiff that it would not provide her with a copy of her complete file.

29.    As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of a loss of a rental property, harm to reputation and emotional distress, including anxiety, frustration, embarrassment and humiliation.

30.    At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

31.     At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal law and the rights of the Plaintiff herein.

## CLAIM FOR RELIEF- VIOLATIONS OF THE FCRA

### (PLAINTIFF V. DEFENDANT)

32.     Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

33.     At all times pertinent hereto, Defendant was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) (f), and (w).

34.     At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

35.     At all times pertinent hereto, the above-mentioned reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

36.     Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b) and 15 U.S.C. § 1681g(a)(1).

## JURY TRIAL DEMANDED

37.     Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a)     Statutory damages;

(b)     Actual damages;

(c)     Punitive damages;

(d)     Costs and reasonable attorney's fees; and

(e)     Other and further relief as may be just and proper.

Respectfully submitted,

**THE WALL LAW OFFICE, APC**

Dated: December 21, 2012

_____

WILLIAM J. WALL
Attorneys for Plaintiff Susana Lopez

5:12-cv-05166-HRL Notice has been electronically mailed to:

Mark Figueiredo     mrf@structurelaw.com, rwhipple@structurelaw.com,
sms@structurelaw.com

7

# EXHIBIT A

# ◣ NATIONAL CREDIT REPORTING

**Report prepared for:** TULARE ARMS          **Date requested:** Nov 4, 2011

**Report requested on:** SUSANA Y LOPEZ        **Requested by:** DOTTIE
**Reference:**

## PERSONAL INFORMATION

| REPORTED BY APPLICANT | REPORTED BY BUREAU |
|---|---|
| **Applicant Name:** SUSANA Y LOPEZ | LOPEZ, SUSANA Y. |
| **SSN:** ▆6115 | ▆6115 |
| **Date Of Birth/Age:** ▆87 | ▆/87   Phone: |
| Also Known As: | |
| **Former Name:** | |
| **Current Address:** 930 16TH ST E WASCO, CA 93280 | 1524 3RD ST WASCO CA 93280     6/06 |
| **Previous Address:** | 930 16TH ST #E WASCO CA     10/07 |
| **2nd Previous Address:** | 910 16TH ST #H WASCO CA     10/07 |
| **Employers Name:** | BLOCK BUSTER     RPTD: 6/08 |
| **Previous Employer:** | |
| **2nd Previous Employer:** | |

## CREDIT SUMMARY | NO. OF ACCTS | ACCOUNT RANKING

| CREDIT SUMMARY | NO. OF ACCTS | ACCOUNT RANKING |
|---|---|---|
| **File Since** | | 0- Unused or too new to rate |
| 6/06 | 1 | 1- Pays or paid as agreed |
| **Total Number of Accounts** | | 2- Pays or paid 30-60 days past due |
| 2 | | 3- Pays or paid 60-90 days past due |
| **High Credit Range** | | 4- Pays or paid 90-120 days past due |
| $108.00 - $108.00 | | 5- Pays or paid over 120 days past due |
| **Collection Items** | | 7- Chapter 13 (wage earner plan) |
| Yes ( 2 ) | | 8- Repossession |
| **Public Records/Other Information** | 1 | 9- Bad debt, charge off, placed for collection, skip |
| No | | Other- Not rated (see explanation on account) |

**Total Estimated Monthly Debts:** $.00   **Total Balance Outstanding:** $198.00   **Total Amount of Available Credit:** -83%

Important Notice:
There is 1 tradeline(s) that the monthly payment amount(s) were not provided by the respective Credit Bureau.
The total unpaid balance for these unaccounted items is $98. Therefore, if this amount is greater than Zero,
the above information may not reflect the applicants true monthly obligations or credit worth.

**Credit Report by:** Trans Union

## INFORMATION REQUESTED ON: LOPEZ, SUSANA Y

### INCOME ANALYSIS

Estimated Monthly Income:$
Estimated Monthly Rent:  $
Estimated Monthly Debts: $.00
(Including Rent)

Income to Rent Ratio:

Income to Debt Ratio:
(Including Rent)

### FICO CLASSIC SCORE

### TRADELINES

| Creditor ID Code/Bur | Last Rpted | Date Opened | High Credit | Monthly Payment | Bal | Past Due | Curr Stat | Past Due 30 | 60 | 90 | Type of Acct Account No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCI | 10-11 | 04-09 | | | | 198 | 198 | 09 | 0 | 0 | 0 | INDIVIDUAL |
| TU | | | ACCT INFO DISPUTED BY CONSUMR | | | | | | | | |
| DANIELS JW | 09-11 | 06-08 | 108 | REV | | | | R1 | 0 | 0 | 0 | INDIVIDUAL |
| TU | | | CHARGE ACCOUNT | | | | | | | | |

### SPECIAL TRADELINE NOTES

| Name/BC | Account | Rptd. | Open | DLA | Limit | Pmnt | Bal. |
|---|---|---|---|---|---|---|---|
| ....NO SPCL | | | | | | | |

### COLLECTION ITEMS

| Name/Account Number/Bureau | Date | Opened | Amount | Balance | Original Creditor |
|---|---|---|---|---|---|
| CRD PRT AS | 10-08 | 07-08 | 284 | 284 | BRIGHT HOUSE NETWORKS |
| TU | | | | | |
| RASH CURTI | 01-11 | 07-10 | 132 | 161 | MEDICAL |
| TU | | | | | |

### PUBLIC RECORDS / OTHER INFORMATION

| Date | Srce/Typ/Crt | Plaintiff/Attorney | Case No. | Liability | Assets | Status/Note |
|---|---|---|---|---|---|---|
| ....NO PBRC | | | | | | |

### INQUIRIES

| Type | Name | Member # | Date | Source |
|---|---|---|---|---|
| | NTL CRDT | RNC2200509 | 11-04-11 | TU |

### FACT ACT INFORMATION

***ID MISMATCH ALERT: CURRENT INPUT ADDRESS DOES NOT MATCH FILE ADDRESS(ES)

### WARNING SIGNS / CONSUMER STATEMENT

### SOURCE INFORMATION

If you have questions or dispute any information provided in the Credit Summary, Tradelines
Collection Items, or Public Records section of this report, you must contact the appropriate
Credit Bureau (Equifax, TRW, or TransUnion), to dispute any of the information provided.

For informtion on Trans Union please call: 800-916-8800

### CONCLUSION

This Concludes 2 pages of this Report. An Eviction filing report will follow on the next page.

Report Compiled: 11/04/2011 at 9:24 am

This Report was printed on 11/04/11 at 8:33 am. Thank you for using National Credit Reporting...

*** End of Credit Report ***

INFORMATION REQUESTED ON: LOPEZ, SUSANA Y

# N NATIONAL CREDIT REPORTING

**Report prepared for:** TULARE ARMS                    **Date requested:** 11/04/2011

**Report requested on:** SUSANA LOPEZ                    **Requested by:** DOTTIE

## EVICTION/UNLAWFUL DETAINER/FED FILINGS SEARCH

PLEASE NOTE: The information contained in this section of the Eviction/UD filings search is
provided by independently operated and maintained court record collection services and is
NOT from any credit bureaus repositories. As such, information collected, compiled, and
provided on this report are from such independent sources and are not recorded or found
in any part or sections of the prospective residents credit file. The information
contained in this section is a matching of name and address only. Social Security Numbers
are not required when filing this information with the courts. Consequently, there is no
guarantee that the name(s) listed below are the same individual(s) that are applying for
housing. If there is a match of a name (especially a unique name) and and street address,
it is a strong possibility that the defendent in that record and this applicant are the
same person. To obtain more information on a filing, you can contact the civil division of
the court listed with each record reported. You may ask the prospective resident to provide
you with proof of residence during the time in which the eviction record was filed to prove
that this filing does not belong to the prospective tenant in question.


INFORMATION REQUESTED ON: LOPEZ, SUSANA Y

The following Additional Names/AKA were derived from both the Credit Repositories and
from our AKA Database and were used as supplemental data in searching for Eviction filings.

    LOPEZ, SUSANA (CR)

## EVICTION/UNLAWFUL DETAINER/FED FILINGS SEARCH RESULTS

\*\*\*\*\*\*\*\*   **LEVEL ONE- EXACT NAME/AKA AND EXACT ADDRESS MATCHES**   \*\*\*\*\*\*\*\*

NO MATCHES FOUND IN LEVEL ONE

        --------------------

\*\*\*\*\*\*\*\*   **LEVEL TWO- EXACT NAME/AKA AND SIMILAR AREA MATCHES**   \*\*\*\*\*\*\*\*

Defendant: LOPEZ, SUSANA
Address:    469 DENNERY RD APT 49
            SAN DIEGO, CA 92154

Filing Date:       06/24/2010  Court:  CHULA VISTA
Case No:           31203        County: SAN DIEGO
Notice Type:       3 day pay or quit

Plaintiff Name:    LANDING APARTMENTS, LP    (Phone: N/A)
Plaintiff Attorney: KIMBALL TIREY & ST JOHN  (619-234-1690

Judgement Date:        07/19/2010        Judgement:        For Plaintiff
Restitution of Premises: Yes              Satisfied:         Full
Satisfaction Date:     07/29/2010

        ------------------------

Defendant: LOPEZ, SUSANA
Address:   940 W CUBBON ST

## INFORMATION REQUESTED ON: LOPEZ, SUSANA Y

EVICTION/UNLAWFUL DETAINER/FED FILINGS SEARCH RESULTS (Continued)

SANTA ANA, CA 92703

Filing Date:      10/14/2009   Court:   SANTA ANA
Case No:          00311333     County: ORANGE
Notice Type:      3 day pay or quit

Plaintiff Name:   SHIRAZIAN*AHMAD & AGHDAS      (Phone: N/A)
Plaintiff Attorney: KIMBALL TIREY & ST JOHN      (800-564-6611)

Judgement Date:       12/08/2009            Dismissal Type:       Without Prejudice
Judgement:            Dismissed

----------------------

Defendant: LOPEZ, SUSANA JESUS
Address:   700 W LA JOLLA ST APT 44
           PLACENTIA, CA 92870

Filing Date:      06/16/2009   Court:   FULLERTON
Case No:          00276569     County: ORANGE
Notice Type:      3 day pay or quit

Plaintiff Name:   CONZELMAN*CLARENCE L TRUS    (Phone: N/A)
Plaintiff Attorney: KIMBALL TIREY & ST JOHN      (800-564-6611)

Judgement Date:       08/24/2009            Judgement:            For Plaintiff
Judgement Amount:     $1710.00

----------------------

Defendant: LOPEZ, SUSANA
Address:   763 E 8TH AVE APT 1
           MESA, AZ 85204

Filing Date:      01/22/2009   Court:   NORTH MESA
Case No:          CC20090405   County: MARICOPA
Notice Type:      5 DAY PAY OR QUIT

Plaintiff Name:   BROKALAKIS, N                (Phone: N/A)
Plaintiff Attorney: NOT AVAILABLE

Judgement Date:       01/28/2009            Judgement:            For Plaintiff
Default:              Yes                    Judgement Amount:     $2550.00

LEVEL TWO LIMIT NOTICE:   THERE WERE ADDITIONAL EVICTION FILINGS FOUND.
Please contact National Credit Reporting for further information on additional filings.

----------------------

******** LEVEL THREE- SAME LAST NAME/AKA AND EXACT ADDRESS MATCHES ********

NO MATCHES FOUND IN LEVEL THREE

The Suppliers of this information make no warranty, expressed or implied, regarding the
accuracy of the data contained in this report and therefore do not guarantee or warrant
the correctness, completeness, merchantability, or fitness for a particular purpose of this
information. It is recommended that the parties using this information should investigate o

**INFORMATION REQUESTED ON:** LOPEZ, SUSANA Y

**EVICTION/UNLAWFUL DETAINER/FED FILINGS SEARCH RESULTS  (Continued)**

verify the accuracy of each record to assure the identification and correctness of such.