UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANA LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT REPORTING, INC.,<br><br>    Defendant. | Case No.  5:12-cv-05166 HRL<br><br>**ORDER RE-SETTING ADR DEADLINE** |

On June 11, 2013, this court issued an order referring this case to court-sponsored mediation, with the mediation to be completed by September 9, 2013.  Much to its displeasure, the court is now informed that, although a mediator was appointed months ago, the parties' failure to cooperate in scheduling the mediation has caused them to miss the court-ordered deadline.  At the ADR Unit's recommendation, the court will re-set the mediation deadline for **January 15, 2014**. **<u>The parties are admonished to cooperate with the mediator in scheduling the mediation session</u>**.  Should the parties fail to comply with this new deadline, the court may consider the issuance of an order directing them to show cause why they should not be sanctioned for their failure to comply with this court's orders.

    **SO ORDERED**.

Dated:   November 6, 2013

                                                  _____<br>
                                                  HOWARD R. LLOYD<br>
                                                  UNITED STATES MAGISTRATE JUDGE

5:12-cv-05166-HRL Notice has been electronically mailed to:

Elias Ethan Salameh    esalameh@structurelaw.com, mhoang@structurelaw.com

Erin Amanda Novak    enovak@consumerlawfirm.com, croth@consumerlawfirm.com, mmailman@consumerlawfirm.com

Mark Figueiredo    mrf@structurelaw.com, mhoang@structurelaw.com

William John Wall    wwall@wall-law.com, goceguera@wall-law.com