1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11

12    SUSANA LOPEZ,                                Case No.  5:12-cv-05166 HRL

                    Plaintiff,
13                                                **ORDER TO SHOW CAUSE RE
        v.                                        SETTLEMENT**
14

15    NATIONAL CREDIT REPORTING, INC.,

                    Defendant.
16

17         The parties having advised that this case has settled, all previously scheduled deadlines and

18    appearances are vacated.

19         **On or before January 31, 2014**, the parties shall file a stipulated dismissal pursuant to

20    Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear in

21    Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

22    California on **February 11, 2014, 10:00 a.m.** and show cause, if any, why the case should not be

23    dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in

24    response to this Order to Show Cause no later than **February 4, 2014**, advising as to (1) the status

25    of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26    requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

27    Order to Show Cause hearing will be automatically vacated and the parties need not file a

28

*United States District Court*
*Northern District of California*

1    statement in response to this Order.

2         **SO ORDERED**.

3    Dated:   December 6, 2013

4    _____

5    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2

5:12-cv-05166-HRL Notice has been electronically mailed to:

Elias Ethan Salameh      esalameh@structurelaw.com, mhoang@structurelaw.com

Erin Amanda Novak      enovak@consumerlawfirm.com, croth@consumerlawfirm.com, mmailman@consumerlawfirm.com

Mark Figueiredo      mrf@structurelaw.com, mhoang@structurelaw.com

William John Wall      wwall@wall-law.com, goceguera@wall-law.com

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3