United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| SUSANA LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CREDIT REPORTING, INC.,<br><br>　　　　　　Defendant. | Case No.  5:12-cv-05166 HRL<br><br>**ORDER GRANTING PARTIES'<br>SECOND REQUEST TO CONTINUE<br>SHOW CAUSE HEARING** |

　　　　The parties' request to continue the March 11, 2014 show cause hearing is granted as follows:

　　　　On or before March 25, 2014, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on April 8, 2014, 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than April 1, 2014, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this order.

**SO ORDERED**.

Dated:   March 5, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-05166-HRL Notice has been electronically mailed to:

Elias Ethan Salameh    esalameh@fentonkeller.com

Erin Amanda Novak    enovak@consumerlawfirm.com, croth@consumerlawfirm.com, mmailman@consumerlawfirm.com

Mark Figueiredo    mrf@structurelaw.com, JFord@structurelaw.com, mhoang@structurelaw.com

William John Wall    wwall@wall-law.com, goceguera@wall-law.com