UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUSANA LOPEZ,

    Plaintiff,

v.

NATIONAL CREDIT REPORTING, INC.,

    Defendant.

Case No. 5:12-cv-05166 HRL

**ORDER DENYING DEFENDANT'S REQUEST FOR A THIRD CONTINUANCE OF THE SHOW CAUSE HEARING RE SETTLEMENT**

On March 5, 2014, this court granted the parties' second request to continue the show cause hearing re settlement and directed them to file a dismissal by March 25, 2014. If no dismissal was filed by that date, then the parties were ordered to file a joint status report by April 1, 2014, and a show cause hearing was set for April 8, 2014, 10:00 a.m.

No dismissal has been filed. And, having received defendant's April 2 status report, the court is disinclined to continue the show cause hearing for a third time. The parties' counsel of record shall appear **in person** before this court for the April 8 hearing.

**SO ORDERED**.

Dated: April 4, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-05166-HRL Notice has been electronically mailed to:

Elias Ethan Salameh    esalameh@fentonkeller.com

Erin Amanda Novak    enovak@consumerlawfirm.com, croth@consumerlawfirm.com, mmailman@consumerlawfirm.com

Mark Figueiredo    mrf@structurelaw.com, JFord@structurelaw.com, mhoang@structurelaw.com

William John Wall    wwall@wall-law.com, goceguera@wall-law.com