United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUSANA LOPEZ,

           Plaintiff,

   v.

NATIONAL CREDIT REPORTING, INC.,

           Defendant.

Case No.  5:12-cv-05166 HRL

**ORDER DENYING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**

[Re:  Dkt. No. 43]

Plaintiff's request for permission to appear by phone at the April 8, 2014 hearing (or alternatively, to be excused from appearing) is denied.

**SO ORDERED**.

Dated:   April 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-05166-HRL Notice has been electronically mailed to:

Elias Ethan Salameh      esalameh@fentonkeller.com

Erin Amanda Novak      enovak@consumerlawfirm.com, croth@consumerlawfirm.com, mmailman@consumerlawfirm.com

Mark Figueiredo      mrf@structurelaw.com, JFord@structurelaw.com, mhoang@structurelaw.com

William John Wall      wwall@wall-law.com, goceguera@wall-law.com

United States District Court
Northern District of California

2