William J. Wall– State Bar No. 203970
wwall@wall-law.com
THE WALL LAW OFFICE
A PROFESSIONAL CORPORATION
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300;
Fax: (800) 722-8196

Erin A. Novak (admitted *pro hac vice*)
enovak@consumerlawfirm.com
FRANCIS & MAILMAN, P.C.
100 S. Broad Street
19th Floor
Philadelphia, PA 19106
Telephone: (215) 735-8600
Fax: (215) 940-8000

*Attorneys for Plaintiff*
*Susana Lopez*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUSANA LOPEZ<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT REPORTING, INC.<br><br>    Defendant. | No. C-12-05166 HRL<br><br>**STIPULATION OF DISMISSAL** |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Susana Lopez and the Defendant National Credit Reporting, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(i), this action be dismissed with prejudice against Defendant by their undersigned counsel, that Plaintiff

---

Stipulation of Dismissal
C-12-05166 HRL
1

1 dismisses her claims against Defendant as settled, with each party to bear their own costs incurred
2 within.

Dated: April 8, 2014

FRANCIS & MAILMAN, PC
By: /s/ Erin A. Novak
ERIN A. NOVAK
Attorney for Plaintiff
(*pro hac vice*)

STRUCTURE LAW GROUP, LLP
By: /s/ Mark R. Figueiredo
MARK R. FIGUEIREDO
Attorney for Defendant